# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

BESSIE M. HAYES                                                                       PLAINTIFF

v.                          Case No. 2:15-CV-2186

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 27th day of April, 2016.


                                                  /s/ P. K. Holmes, III
                                                  P. K. HOLMES, III
                                                  CHIEF U.S. DISTRICT JUDGE